N° 210. Sup: Court 1830   *The U S vs Thomas Lewis*

Filed in open Court June 2. 1830.

*Thomas Lewis ads.*⎫   The said Thomas Lewis protesting that the information
*The United States* ⎭   aforesaid is not sufficient in Law and that he is not under
any necessity by the Law of the land to answer threto for plea nevertheless saith,
that he never used or exercised the aforesaid offices nor any of them nor in the same
or any of them ever usurped upon the said United States in manner and form as by
the said information is supposed but the same and every of them, disclaims and dis-
avows: Whereupon he prays judgment and that he may be dismissed by the Court.

Thomas Lewis by

FARNSWORTH & GOODWIN

his Attys